IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAY AMBE LTD. et al.,
    Plaintiff,

v.

DUNKIN' DONUTS
FRANCHISED RESTAURANTS,
LLC, et al.,
    Defendants.

Case No. 2:08cv828
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Abel

## ORDER

The parties notified the Court that they had reached a settlement agreement on September 15, 2008. On December 4, 2008, the parties were directed to file a notice of dismissal within 20 days, or to contact the Court to schedule a status conference. (Doc. 8). The parties have not complied with the Court's Order, and this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

2-5-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE