AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAY AMBE LTD, et al.,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-08-828**

**DUNKIN' DONUTS FRANCHISED**    **JUDGE EDMUND A. SARGUS, JR.**
**RESTAURANTS, LLC, et al.,**    **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed February 6, 2009, JUDGMENT is hereby entered DISMISSING this case with prejudice.**

Date: February 6, 2009                         JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk